UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**In re:**

**Vijay K. Taneja**

**Debtor.**

Case No. 08-13293-SSM
Chapter 11

### NOTICE OF MOTION AND HEARING

Please take Notice that Debtor's Counsel has filed a Motion for Appointment of Chapter 11 Trustee. Copies of the pleadings are enclosed.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before **July 8, 2008**, you or your attorney must:

- File with the Court at the following address:

    Clerk of Court
    United States Bankruptcy Court
    200 South Washington Street
    Alexandria, Virginia 22314

    a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).

**Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

- Attend the hearing scheduled to be held on **July 15, 2008** at **11:00 a.m.** in Courtroom I, United States Bankruptcy Court, 200 South Washington Street,

Alexandria, VA 22314.  **If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.**

- A copy of any written response must be mailed to the following persons:

    - Thomas P. Gorman, VA Bar # 26421
      Tyler, Bartl, Gorman & Ramsdell, P.L.C.
      700 South Washington Street, Suite 216
      Alexandria, Virginia 22314

    - United States Trustee, Region 4
      115 South Union Street, Suite 210
      Alexandria, VA 22314

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  6/19/2008              /s/ Thomas P. Gorman
                              Thomas P. Gorman, VA Bar # 26421
                              700 South Washington Street, Suite 216
                              Alexandria, VA 22314
                              703-549-5000
                              Counsel for

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of June, 2008, mailed a true copy of the foregoing Notice of Hearing, to:

| | |
|---|---|
| U.S. Trustee<br>115 South Union Street, Suite 210<br>Alexandria, Virginia 223 | Steve Wexler<br>Marcher Consultants, Inc.<br>8230 Leesburg Pike, Suite 610<br>Vienna, VA 22182 |
| Bruce W. Henry, Esq.<br>Henry O'Donnell Dahnke & Walther PC<br>4103 Chain Bridge Road, Suite 100<br>Fairfax, VA 22030 | Brian F. Kenney, Esq.<br>Miles & Stockbridge PC<br>1751 Pinnacle Drive, Suite 500<br>McLean, VA 22102 |
| Christopher Jones, Esq.<br>1317 King Street<br>Alexandria, VA 22314 | |

      /s/ Thomas P. Gorman
Thomas P. Gorman, VA Bar # 26421