**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-SSM |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER AUTHORIZING THE SALE OF 2791 CENTERBORO DRIVE, UNIT 472, VIENNA, VIRGINIA FREE AND CLEAR OF LIENS AND OTHER INTERESTS**

THIS MATTER having come before this Court upon the Chapter 11 Trustee, H. Jason Gold's ("Trustee") Motion to Approve the Sale of 2791 Centerboro Drive, Unit 472, Vienna, Virginia ("Property") Free and Clear of All Liens and Other Interests ("Motion"); and upon consideration of all objections to the Motion and the proceedings before the Court on October 16, 2008; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell 2791 Centerboro Drive, Unit 472, Vienna, Virginia (Map # 048-1-52-0472) free and clear of liens and other interests to the fullest extent permitted under 11 U.S.C. § 363(f), for the sum of not less than $357,000.00 ("Proceeds").

3. The Trustee is authorized to pay Weichert Realtors a commission of six percent (6%) of the Proceeds at closing.

H. Jason Gold, Va. Bar No. 19117
Alexander M. Laughlin, Va. Bar No. 25237
Dylan G. Trache, Va. Bar No. 45939
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800
*Counsel to the Chapter 11 Trustee*

4. The Trustee is authorized to pay a seller subsidy in the amount of $10,000 to Rachit Bindal at closing.

5. The Trustee shall hold the remaining Proceeds (following the payment of the commission, the sellers subsidy and customary closing costs) in escrow ("Escrow") pending further Order of this Court.

6. The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

7. Notwithstanding Rule 6004(g) of the Federal Rules of Bankruptcy Procedure, this Order shall be effective and enforceable immediately upon entry.

Dated: _____, 2008    _____
                                Stephen S. Mitchell
                                United States Bankruptcy Judge

PREPARED BY:

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

By:  /s/ Dylan G. Trache
     H. Jason Gold, Va. Bar No. 19117
     Alexander M. Laughlin, Va. Bar No. 25237
     Dylan G. Trache, Va. Bar No. 45939

Counsel to the Chapter 11 Trustee

SEEN AND AGREED:

MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102

By:     /s/ Brian F. Kenney
        Brian F. Kenney, Va. Bar No. 23199

Counsel to Virginia Commerce Bank

CERTIFICATE PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that the foregoing Order has been endorsed by all necessary parties.

 /s/ Dylan G. Trache
Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

Brian F. Kenney
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102

Lawrence E. Rifken
McGUIRE WOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean VA 22102-4215

Frank J. Bove
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3143