# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

In re: )
) Bankruptcy Case
VIJAY K. TANEJA, ) No. 08-13293-SSM
) Chapter 11
Debtor. )

## TRUSTEE'S REPORT OF SALE

H. Jason Gold, the Chapter 11 Trustee for the above-captioned debtor, by his undersigned counsel and pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), files this Report of Sale.

| | |
|---|---|
| Date of Sale Approval: | January 30, 2009 |
| Date of Closing: | February 6, 2009 |
| Property Sold: | 261 Meadows Lane, NE, Leesburg, VA 22314 |
| Purchase Price: | $   98,000.00 |
| Listing Agent Credit Adjustment: | $        295.00 |
| HOA 1st ¼ Dues Credit: | $          54.00 |
| Costs of Sale: | ($   11,566.40) |
| Net Proceeds: | $   86,782.60 |

1

Dated: March 9, 2009                              Respectfully submitted,

                                                  H. JASON GOLD, TRUSTEE

                                                  By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

By:   /s/ Alexander M. Laughlin
      H. Jason Gold, Va. Bar No. 19117
      Alexander M. Laughlin, Va. Bar No. 25237

Counsel to the Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2009, a copy of the foregoing Trustee's Report of Sale was sent via first class mail to:

    OFFICE OF THE UNITED STATES TRUSTEE
    115 South Union Street, Suite 210
    Alexandria, Virginia 22314

    Robert M. Marino, Esquire
    Redmon Peyton & Braswell, LLP
    510 King Street
    Suite 301
    Alexandria, Virginia 22314-3143

                                                  /s/ Alexander M. Laughlin
                                                  Alexander M. Laughlin

12969583.1