## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, et al. | ) | Case No. 08-13293 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE

The undersigned hereby appears in this Chapter 11 Bankruptcy Proceeding as Counsel for Washington Mutual Bank, N.A. and requests that Bierman, Geesing & Ward, LLC be placed on the mailing list of those creditors, parties in interest and counsel who receive all Notices in this Proceeding.

Respectfully Submitted,

**Bierman, Geesing & Ward, LLC**

 /s/ Stephen B. Wood
Stephen B. Wood, Esq., VSB # 26518
Bierman, Geesing & Ward, LLC
8100 Three Chopt Road, Suite 240
Richmond, Virginia 23229
(804) 282-0463 phone
(804) 282-0541 fax
bankruptcy@bgw-llc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2009, this Notice of Appearance was submitted electronically via the CM/ECF system which will electronically mail a copy of the foregoing Notice of Appearance to all necessary parties and that this Notice of Appearance was sent via first class mail, postage pre-paid, to the following, who are believed to be non-electronically filing parties:

J.P. Morgan Chase Bank, N.A.
Attn: James Dimon
Chairman and CEO
270 Park Ave., 8th Floor
New York, NY 10017

CT Corporation System
Registered Agent for J.P. Morgan Chase Bank, N.A.
111 Eighth Avenue, 13th Floor
New York, NY 10017

Carolina Designs Realty, Inc.
Attn: Monica Thibodeau
1197 Duck Road
Kitty Hawk, NC 27949


   /s/ Stephen B. Wood
Stephen B. Wood, Esq., VSB # 26518