**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-SSM |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER AUTHORIZING THE SALE OF WAPLES MILL CONDOMINIUM UNIT 150**
**<u>FREE AND CLEAR OF LIENS AND OTHER INTERESTS</u>**

THIS MATTER having come before this Court upon the Chapter 11 Trustee, H. Jason Gold's ("Trustee") Motion to Approve the Sale of Waples Mill Condominium Units 100 and 150 and Certain Personal Property of the Debtors, Free and Clear of All Liens and Other Interests ("Motion"); and upon consideration of the proceedings before the Court on May 15, 2009; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell Waples Mill Condominium Unit 150 located at 11211 Waples Mill Road, Fairfax, Virginia 22030, more particularly described as **Condominium Unit No. 11211-150, WAPLES MILL COMMERCE CENTER, a Condominium, and the limited common elements appurtenant thereto, in a condominium constituted and established under the Virginia Condominium Act, Chapter 4.2 of Title 55 of the Code of Virginia (1950) by a Declaration recorded in Deed Book 15708, page 387, et seq.,**

H. Jason Gold, Va. Bar No. 19117
Alexander M. Laughlin, Va. Bar No. 25237
Dylan G. Trache, Va. Bar No. 45939
Rebecca L. Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800
*Counsel to the Chapter 11 Trustee*

**and any and all subsequent amendments thereto, among the land records of Fairfax County, Virginia** (the "Property"),[1] along with certain personal property as set forth on the attached Exhibit "A,"[2] pursuant to the terms and conditions of the Contract and Purchase Agreement, free and clear of all liens and other interests to the fullest extent permitted under 11 U.S.C. § 363(f), for the sum of not less than $414,278.24 ("Proceeds").

3. The Trustee is authorized to pay a "Build-out Allowance" of $4,142.78 at closing to the Purchaser.

4. The Trustee is authorized to pay from the Proceeds at closing a commission of five percent (5%) of the Proceeds to the broker, Commonwealth Commercial, Inc.

5. The Trustee is authorized to take all necessary and reasonable actions to consummate the sale.

6. The Trustee is authorized to pay from the Proceeds at closing all accrued unpaid condominium owners association dues incurred with respect to the Property.

7. The Trustee is authorized to pay the remaining Proceeds (following the payment of the Build-out Allowance, commission, customary closing costs, and condominium owners association dues) to Virginia Commerce Bank in full and final satisfaction of its lien against the Property.

---

[1] Any capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

[2] Exhibit "A" represents a combined list of the personal property being sold to Purchaser, some of which is located in the neighboring condominium unit, unit number 100, which was also the subject of the Motion and is being addressed pursuant to a separate order.

2

8. The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2009

_____

Stephen S. Mitchell
United States Bankruptcy Judge

PREPARED BY:

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

By:    /s/ Rebecca L. Saitta
        H. Jason Gold, Va. Bar No. 19117
        Alexander M. Laughlin, Va. Bar No. 25237
        Dylan G. Trache, Va. Bar No. 45939
        Rebecca L. Saitta, Va. Bar No. 65408

Counsel to the Chapter 11 Trustee

CERTIFICATE PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C)

    I HEREBY CERTIFY that on this 26th day of May 2009, a copy of the foregoing Order was sent by first class mail, postage prepaid, to:

    Brian F. Kenney
    MILES & STOCKBRIDGE P.C.
    1751 Pinnacle Drive, Suite 500
    McLean, Virginia 22102

    John B. Connor
    1033 North Fairfax Street, Suite 310
    Alexandria, Virginia 22314

    Lawrence E. Rifken
    McGUIRE WOODS LLP
    1750 Tysons Boulevard, Suite 1800
    McLean VA 22102-4215

    Frank J. Bove
    Office of the United States Trustee
    115 South Union Street, Suite 210
    Alexandria, VA 22314

    Robert M. Marino
    Redmon Peyton & Braswell, LLP
    510 King Street, Suite 301
    Alexandria, VA 22314-3143

    Waples Mill Commerce Center
    Condominium Association
    11450 Baron Cameron Avenue
    Reston, Virginia 20190

    Wisetek Providers, Inc.
    11211 Waples Mill Road, Suite 220
    Fairfax, Virginia 22020

    Commonwealth Commercial Inc.
    Neil Cramsey, President
    11440 Isaac Newton Square, Suite 200
    Reston, Virginia 20190

      MMCA Group, LTD
      11211 Waples Mill Road, Suite 100
      Fairfax, Virginia 22030

      MMCA Group, LTD
      Peter Lipresti, Registered Agent
      7105 Woodrise Court
      Fairfax Station, Virginia 22039


      /s/ Rebecca L. Saitta
      Rebecca L. Saitta

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

Brian F. Kenney
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102

John B. Connor
1033 North Fairfax Street, Suite 310
Alexandria, Virginia 22314

Lawrence E. Rifken
McGUIRE WOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean VA 22102-4215

Frank J. Bove
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3143

Waples Mill Commerce Center
Condominium Association
11450 Baron Cameron Avenue
Reston, Virginia 20190

Wisetek Providers, Inc.
11211 Waples Mill Road, Suite 220
Fairfax, Virginia 22020

Commonwealth Commercial Inc.
Neil Cramsey, President
11440 Isaac Newton Square
Suite 200
Reston, Virginia 20190

MMCA Group, LTD
11211 Waples Mill Road, Suite 100
Fairfax, Virginia 22030

MMCA Group, LTD
Peter Lipresti, Registered Agent
7105 Woodrise Court
Fairfax Station, Virginia 22039