**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-SSM |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER DENYING EQUITABLE LIEN CLAIMS OF SUMMIT DRIVE OBJECTORS**

THIS MATTER having come before this Court upon the Chapter 11 Trustee, H. Jason Gold's ("Trustee") Motion to Establish Procedures for the Auction of 5335 Summit Drive, Fairfax, Virginia ("Property") and to Authorize Sale of Such Property Free and Clear of Liens and Other Interests ("Motion"), and separate orders having been entered after notice and hearing establishing auction procedures for (docket no. 318) and approving the sale of (docket no. 403) 5335 Summit Drive, Fairfax, Virginia (the "Property")[1], with an evidentiary hearing held on January 30, 2009 to determine the extent, validity, and priority of the claimed equitable liens asserted by Chevy Chase Bank, FSB ("Chevy Chase"), Midland Mortgage Co., as servicer for HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1, and Midfirst Bank (collectively, "Midland"), GMAC Mortgage LLC and Residential Capital, LLC and Residential Funding Company, LLC (collectively, "GMAC"), Wells Fargo Funding, Inc. and Wells Fargo Bank, N.A. (collectively, "Wells Fargo"), and EMC Mortgage Corporation ("EMC") (collectively the "Summit Drive Objectors") and for the reasons stated on the record at the Court's oral ruling on May 15, 2009;

    **IT IS HEREBY ORDERED THAT:**

---

[1] Having the following legal description: Lot 27 of the Subdivision known as Crystal Springs, as the same appears duly dedicated, platted and recorded in Liber 462 at Page 103, of the Fairfax County, Virginia Land Records.

H. Jason Gold, Va. Bar No. 19117
Alexander M. Laughlin, Va. Bar No. 25237
Rebecca L. Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800
*Counsel to the Chapter 11 Trustee*

1. The objections of the Summit Drive Objectors are denied.

2. The Trustee shall hold the net proceeds of the sale of the Property free and clear of all liens, claims, and interests, including but not limited to the equitable lien claims asserted by the Summit Drive Objectors.

Dated: _____, 2009

_____
Stephen S. Mitchell
United States Bankruptcy Judge

PREPARED BY:

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800


By:   /s/ Rebecca L. Saitta
     H. Jason Gold, Va. Bar No. 19117
     Alexander M. Laughlin, Va. Bar No. 25237
     Rebecca L. Saitta, Va. Bar No. 65408

Counsel to the Chapter 11 Trustee


CERTIFICATE PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that on this 20th day of May, 2009, a copy of the foregoing Order was served on:

     Derek Y. Sugimura, Esquire
     GILBERT OSHINSKY LLP
     1100 New York Avenue, NW, Suite 700
     Washington, D.C. 20005

     Paul Sweeney, Esquire
     Logan, Yumkas, Vidmar & Sweeney LLC

2530 Riva Road, Suite 400
Annapolis, MD 21401

Roy M. Terry, Jr., Esquire
John C. Smith, Esquire
Elizabeth L. Gunn, Esquire
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219

C. Erik Gustafson, Esquire
Martha E. Hulley, Esquire
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

Melvin R. Zimm, Esquire
Patrick J. McKenna, Esquire
GLASSER and GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia  23510

Lawrence E. Rifken
McGUIRE WOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean VA 22102-4215

Robert M. Marino, Esquire
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314

Frank J. Bove
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

                                        /s/ Rebecca L. Saitta
                                        Rebecca L. Saitta

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold, Esquire
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

Derek Y. Sugimura, Esquire
GILBERT OSHINSKY LLP
1100 New York Avenue, NW, Suite 700
Washington, D.C. 20005

Roy M. Terry, Jr., Esquire
John C. Smith, Esquire
Elizabeth L. Gunn, Esquire
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219

C. Erik Gustafson, Esquire
Martha E. Hulley, Esquire
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

Melvin R. Zimm, Esquire
Patrick J. McKenna, Esquire
GLASSER and GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia  23510

Paul Sweeney, Esquire
Logan, Yumkas, Vidmar & Sweeney LLC
2530 Riva Road, Suite 400
Annapolis, MD 21401

Lawrence E. Rifken
McGUIRE WOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean VA 22102-4215

Robert M. Marino, Esquire
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314

Frank J. Bove
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314