# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-SSM |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER AUTHORIZING THE SALE OF 4621 HOLLY AVENUE, FAIRFAX, VIRGINIA FREE AND CLEAR OF ALL LIENS AND OTHER INTERESTS AND SHORTENING NOTICE PERIOD

Upon consideration of the Motion to Approve the Sale of 4621 Holly Avenue, Fairfax, Virginia ("Property") Free and Clear of All Liens and Other Interests and to shorten notice period ("Motion") filed by the Chapter 11 Trustee, H. Jason Gold ("Trustee"); upon consideration of all objections to the Motion and the proceedings before the Court on September 18, 2009; it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED and the notice period for this Motion is shortened to 16 days.

2. The Trustee is authorized to sell 4621 Holly Avenue, Fairfax, Virginia, more particularly described as:

**Lot 10, in subdivision known as Glen Alden, as the same is duly dedicated, platted and recorded in Liber S No. 11, Page 101 among the Land Records of Fairfax County, Virginia**

(the "Property") pursuant to the terms and conditions of the Contract[1], free and clear of all liens and other interests including but not limited to any interests of Virginia Commerce Bank ("VCB")

---

[1] Unless otherwise defined, capitalized terms shall have the meanings ascribed to them in the Motion.

H. Jason Gold, Va. Bar No. 19117
Valerie P. Morrison, Va. Bar No. 24565
Rebecca L. Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800
*Counsel to the Chapter 11 Trustee*

and GHA, Inc. ("GHA") to the fullest extent permitted under 11 U.S.C. § 363(f), for the sum of not less than $800,000.00 ("Proceeds").

3. The Trustee is authorized to pay Weichert Realtors a commission of five percent (5%) of the Proceeds at closing.

4. The Trustee shall place $40,465.86, equivalent to 110% of the total amount of mechanics' liens filed by GHA, in escrow ("Escrow") pending a final determination of the validity and priority of these mechanics' liens against the Property. Funds placed in the Escrow shall not be paid until either (a) Virginia Commerce Bank consents to payment of a particular lien, or (b) this Court or another court of competent jurisdiction orders payment from the Escrow following a determination of the validity and priority of a particular lien.

5. The Trustee is authorized to pay from the Proceeds customary closing costs pursuant to the Contract.

6. The Trustee is authorized to pay the remaining Proceeds (following the payment of the commission, customary closing costs and funding of the Escrow) to VCB in full and final satisfaction of its lien against the Property.

7. The Trustee is authorized to take all necessary and reasonable actions to consummate the sale.

8. The Court finds that the Purchasers are good faith purchasers entitled to the protections of 11 U.S.C. § 363(m).

9. The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2009           _____

Stephen S. Mitchell
United States Bankruptcy Judge

PREPARED BY:

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800


By:  /s/ Rebecca L. Saitta
     H. Jason Gold, Va. Bar No. 19117
     Valerie P. Morrison, Va. Bar No. 24565
     Rebecca L. Saitta, Va. Bar No. 65408

Counsel to the Chapter 11 Trustee

CERTIFICATE PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that on this 22nd day of September, 2009, a copy of the foregoing proposed Order was served on:

>Lawrence E. Rifken
>McGUIRE WOODS LLP
>1750 Tysons Boulevard, Suite 1800
>McLean VA 22102-4215
>
>Frank J. Bove
>Office of the United States Trustee
>115 South Union Street, Suite 210
>Alexandria, VA 22314
>
>Brian F. Kenney
>MILES & STOCKBRIDGE P.C.
>1751 Pinnacle Drive, Suite 500
>McLean, Virginia 22102
>
>Timothy J. McGary
>Attorney at Law
>10500 Sager Avenue, Suite G
>Fairfax, VA 22030-2414
>
>Kevin R. McCarthy, Chapter 7 Trustee for GHA, Inc.
>1751 Pinnacle Drive, Suite 1115
>McLean, Virginia 22102
>
>GHA, Inc.
>Mohammad Ali Gharai, Debtor Designee
>P.O. Box 9800
>McLean, Virginia 22102
>
>Ms. Ann DiMiero and Mr. Marshall Vosteen
>4222 Upper Park Drive
>Fairfax, Virginia 22030

>>/s/ Rebecca L. Saitta
>>Rebecca L. Saitta

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

Brian F. Kenney
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102

Lawrence E. Rifken
McGUIRE WOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean VA 22102-4215

Frank J. Bove
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314-3143

Robert R. Leinwand, Esquire
Robert M. Sasloff, Esquire
Robinson Brog Leinwand Greene
 Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

Timothy J. McGary
Attorney at Law
10500 Sager Avenue, Suite G
Fairfax, VA  22030-2414

Kevin R. McCarthy, Chapter 7 Trustee for GHA, Inc.
1751 Pinnacle Drive, Suite 1115
McLean, Virginia 22102

GHA, Inc.
Mohammad Ali Gharai, Debtor Designee
P.O. Box 9800
McLean, Virginia 22102

Ms. Ann DiMiero and Mr. Marshall Vosteen
4222 Upper Park Drive
Fairfax, Virginia 22030