# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-SSM |
| | ) | |
| Debtors. | ) | Jointly Administered |

## TRUSTEE'S REPORT OF SALE (9034 BRONSON DRIVE)

H. Jason Gold, the Chapter 11 Trustee for the above-captioned debtor, by his undersigned counsel and pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), files this Report of Sale[1].

| | |
|---|---|
| Order Entered Approving Sale: | September 23, 2009 |
| Date of Closing: | October 28, 2009 |
| Property Sold: | 9034 Bronson Drive, Potomac, Maryland 20854 |
| Purchase Price: | $5,029,500.00 |
| Montgomery County Taxes 10/28/09-12/31/09: | $10,011.59 |
| WSSC Front Footage Benefit Charge 10/28/09-12/31/09: | $233.23 |
| Gross amounts due Seller | $5,039,744.82 |
| Virginia Commerce Bank | ($3,390,294.35) |
| Real estate commissions | ($239,500.00) |
| Accrued Montgomery County Taxes: | ($36,045.15) |
| Closing Fee: | ($275.00) |
| Partial Utility Bill: | ($3,067.88) |

---

[1] A copy of the Settlement Statement is attached as Exhibit "A."

| Outstanding Water Bill: | ($1,992.29) |
|---|---|
| Advance for Water Escrow: | ($300.00) |
| Maryland Non-resident Income Tax Withholding: | ($102,792.18) |
| Gross Proceeds: | $1,265,477.97 |
| VCB Default Interest Escrow: | ($146,156.28) |
| VCB Late Charges Escrow: | ($146,646.47) |
| TWP Enterprises Mechanics Lien Escrow: | ($4,466.04) |

Dated: November 10, 2009  Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
(703) 905-2800

By: /s/ Alexander M. Laughlin
H. Jason Gold, Va. Bar No. 19117
Valerie P. Morrison, Va. Bar No. 24565

Counsel to the Trustee

CERTIFICATE OF SERVICE

I hereby certify that on this 10th, day of November, 2009, a copy of the foregoing Trustee's Report of Sale was sent via first class mail to:

OFFICE OF THE UNITED STATES TRUSTEE
115 South Union Street, Suite 210
Alexandria, Virginia  22314

Robert M. Marino, Esquire
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, Virginia 22314-3143

/s/ Alexander M. Laughlin
Alexander M. Laughlin

13066635.1