**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-SSM |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER AUTHORIZING THE SALE OF STONE ROAD LOTS,
CENTREVILLE, VIRGINIA FREE AND CLEAR OF ALL LIENS, ENCUMBRANCES
AND OTHER INTERESTS AND SHORTENING NOTICE PERIOD**

Upon consideration of the Motion to Approve the Sale of Stone Road Lots, Centreville, Virginia ("Property") Free and Clear of All Liens, Encumbrances and Other Interests and to shorten notice period ("Motion") filed by the Chapter 11 Trustee, H. Jason Gold ("Trustee"); upon consideration of all objections to the Motion and the proceedings before the Court on November 20, 2009; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED and the notice period for this Motion is shortened to 15 days.

2. The Trustee is authorized to sell the Stone Road Lots, Centreville, Virginia, more particularly described as:

> **Beginning at a point on the northerly right-of-way of Interstate Route #66 at the southwest corner of Centre Ridge Parcel "G" Section 6E; Thence with Interstate Route #66 S 32 degrees 42' 36'' W 510.71 feet to a point; S 35 degrees 40' 00" E 600.19 feet to a point; S 28 degrees 32' 32" W 150.05 feet to a point; S 35 degrees 22' 52" W 33.07 feet to a point at the corner of Centre Ridge Section 12 Parcel "T"; Thence with Centre Ridge Section 12 Parcel "T" N 73 degrees 09'44" W 407.66 feet to a point**

H. Jason Gold, Va. Bar No. 19117
Valerie P. Morrison, Va. Bar No. 24565
Rebecca L. Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800
*Counsel to the Chapter 11 Trustee*

**on the southerly line of Lee Overlook Section 4 Parcel "A"; Thence with the southerly line of Lee Overlook Section 4 Parcel "A" N 25 degrees 36' 00" E 174.09 feet to a point; N 01 degree 50' 01" W 265.05 feet to a point in the southerly line of Pendleton Park Parcel "C"; Thence with the southerly line of Pendleton Park Parcel "C" and continuing with Pendleton Place and Lots 6B, 8, 9, 10 James P. Robinson N 60 degrees 42' 47" E 1013.57 feet to a point; N 11 degrees 34' 46" W 119.28' to the corner of Westview Associates, LLC; Thence with the Westview Associates, LLC N 64 degrees 20' 22" E 72.54 feet to a point at the corner of Centre Ridge Section 6E Parcel "G"; Thence with Centre Ridge Section 6E Parcel "G" S 46 degrees 37' 32" E 157.86 feet to the point of beginning containing 11.0113 acres, more or less.**

(the "Property") pursuant to the terms and conditions of the Contract[1], for the sum of not less than $425,000.00 ("Proceeds"), free and clear of all liens, encumbrances and interests to the fullest extent permitted under 11 U.S.C. § 363(f) and the Due Process clause of the United States Constitution, including but not limited to the following liens:

    a.    Deed of Trust from NRM Investments, Inc. to George L. Greco and Neil I. Title, Trustees, dated January 25, 2005, and recorded on January 27, 2005 in Deed Book 16924, Page 0163, securing of record Virginia Commerce Bank in the original principal amount of $432,000.00.

    b.    Memorandum of Mechanic's Lien Claimed by Subcontractor dated July 22, 2008 and recorded on July 22, 2008 in Deed Book 20036, Page 0124 from GHA, Inc. in the claimed amount of $979.94.

    c.    Memorandum of Mechanic's Lien Claimed by Subcontractor dated July 22, 2008 and recorded on July 22, 2008 in Deed Book 20036, Page 0134 from GHA, Inc. in the claimed amount of $7,538.00.

    d.    Memorandum of Mechanic's Lien Claimed by Subcontractor dated July 22, 2008 and recorded on July 22, 2008 in Deed Book 20036, Page 0145 from GHA, Inc. in the claimed amount of $24,900.00.

    e.    United States Attorney U.S. Department of Justice Eastern District of Virginia Notice of Lien for Criminal Penalties dated April 2009, and recorded on April 10, 2009 as Judgment No. 457053 against Vijay K. Taneja in favor of the United States of America for a total penalty of $33,162,391.00, plus interest and costs.

---

[1] Unless otherwise defined, capitalized terms shall have the meanings ascribed to them in the Motion.

    f.  All federal, state, and local tax liens.

  3.  The Trustee is authorized to pay a broker's fee/commission of five percent (5%) of the Proceeds at closing to be split between CB Richard Ellis and H2 Realty, LLC.

  4.  The Trustee is authorized to pay from the Proceeds customary closing costs pursuant to the Contract and real property taxes accruing prior to the closing date.

  5.  The Trustee is authorized to pay the remaining Proceeds (following the payment of the broker's fee/commission, closing costs, and accrued real property taxes) to VCB in full and final satisfaction of its lien against the Property.

  6.  The Trustee is authorized to take all necessary and reasonable actions to consummate the sale.

  7.  The Court finds that the Purchasers are good faith purchasers entitled to the protections of 11 U.S.C. § 363(m).

  8.  The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

  9.  [Deleted by court]

Dated: _____, 2009   _____
                Stephen S. Mitchell
                United States Bankruptcy Judge

PREPARED BY:

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800


By:   /s/ Rebecca L. Saitta
     H. Jason Gold, Va. Bar No. 19117
     Valerie P. Morrison, Va. Bar No. 24565
     Rebecca L. Saitta, Va. Bar No. 65408

Counsel to the Chapter 11 Trustee


### CERTIFICATE PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C)

     I hereby certify that on this 30th day of November, 2009, a copy of the foregoing proposed Order was served on:

        Lawrence E. Rifken
        McGUIRE WOODS LLP
        1750 Tysons Boulevard, Suite 1800
        McLean VA 22102-4215

        Frank J. Bove
        Office of the United States Trustee
        115 South Union Street, Suite 210
        Alexandria, VA 22314

        Brian F. Kenney
        MILES & STOCKBRIDGE P.C.
        1751 Pinnacle Drive, Suite 500
        McLean, Virginia 22102

        Timothy J. McGary
        Attorney at Law
        10500 Sager Avenue, Suite G
        Fairfax, VA 22030-2414

        Kevin R. McCarthy, Chapter 7 Trustee for GHA, Inc.
        1751 Pinnacle Drive, Suite 1115
        McLean, Virginia 22102


        GHA, Inc.
        Mohammad Ali Gharai, Debtor Designee

P.O. Box 9800
McLean, Virginia 22102

Robert K. Coulter
Assistant U.S. Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

Fairfax County Park Authority
Attention: John W. Dargle, Jr., Director
12055 Government Center Parkway, Suite 927
Fairfax, Virginia 22035-1118

David P. Bobzien, County Attorney
Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, Virginia 22035-0064

Sharon Bulova, Chairman
Fairfax County Board of Supervisors
12000 Government Center Parkway, Suite 530
Fairfax, Virginia 22035

Bob Gibbs
CB Richard Ellis
8270 Greensboro Drive, Suite 1000
McLean, Virginia 22102

Mark A. Exley
Assistant U.S. Attorney
United States Attorney's Office, EDVA
101 W. Main St., Suite 8000
Norfolk, VA 23510-1671

Eric Holder
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Virginia Department of Taxation
Post Office Box 1115
Richmond, VA 23218-1115

Fairfax County Department of Tax Administration
Fairfax County Government Center, Suite 223
12000 Government Center Parkway
Fairfax, Virginia 22035


  /s/ Rebecca L. Saitta
Rebecca L. Saitta

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

Brian F. Kenney
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102

Lawrence E. Rifken
McGUIRE WOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean VA 22102-4215

Frank J. Bove
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314-3143

Robert R. Leinwand, Esquire
Robert M. Sasloff, Esquire
Robinson Brog Leinwand Greene
 Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

Timothy J. McGary
Attorney at Law
10500 Sager Avenue, Suite G
Fairfax, VA  22030-2414

Kevin R. McCarthy, Chapter 7 Trustee for GHA, Inc.
1751 Pinnacle Drive, Suite 1115
McLean, Virginia 22102

GHA, Inc.
Mohammad Ali Gharai, Debtor Designee
P.O. Box 9800
McLean, Virginia 22102

Robert K. Coulter
Assistant U.S. Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

Fairfax County Park Authority
Attention: John W. Dargle, Jr., Director
12055 Government Center Parkway, Suite 927
Fairfax, Virginia 22035-1118

David P. Bobzien, County Attorney
Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, Virginia 22035-0064

Sharon Bulova, Chairman
Fairfax County Board of Supervisors
12000 Government Center Parkway, Suite 530
Fairfax, Virginia 22035

Bob Gibbs
CB Richard Ellis
8270 Greensboro Drive, Suite 1000
McLean, Virginia 22102

Mark A. Exley
Assistant U.S. Attorney
United States Attorney's Office, EDVA
101 W. Main St., Suite 8000
Norfolk, VA 23510-1671

Eric Holder
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Virginia Department of Taxation
Post Office Box 1115
Richmond, VA 23218-1115

Fairfax County Department of Tax Administration
Fairfax County Government Center, Suite 223
12000 Government Center Parkway
Fairfax, Virginia 22035