**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-SSM |
| | ) | |
| Debtors. | ) | Jointly Administered |

**TRUSTEE'S REPORT OF SALE (4621 HOLLY AVENUE)**

H. Jason Gold, the Chapter 11 Trustee for the above-captioned debtor, by his undersigned counsel and pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), files this Report of Sale[1].

| | |
|---|---|
| Order Entered Approving Sale: | October 20, 2009 |
| Date of Closing: | November 3, 2009 |
| Property Sold: | 4621 Holly Avenue, Fairfax, Virginia 22030 |
| Purchase Price: | $800,000.00 |
| Adjustments for items paid by seller 11/02/-12/31/09 taxes | $1,292.02 |
| Adjustments for items paid by seller Weichert admin. fee | $345.00 |
| Gross amount due seller | $801,637.02 |
| Virginia Commerce Bank: | ($704,401.26) |
| Fairfax County Real Estate Taxes: | ($3,929.90) |
| Real Estate Commissions: | ($40,000.00) |
| Closing Fee: | ($295.00) |

---

[1] A copy of the Settlement Statement is attached as Exhibit "A."

| | |
|---|---|
| Grantor's Tax: | ($800.00) |
| Less credit for Weichert admin. fee | ($345.00) |
| Credit by secured lender, radon abatement | ($850.00) |
| Credit by secured lender, well and water treatment | ($10,550.00) |
| GHA, Inc. Mechanics Lien Escrow: | ($40,465.86) |
| Net proceeds | $0.00 |

Dated: December 3, 2009           Respectfully submitted,

                                            H. JASON GOLD, TRUSTEE

                                            By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
(703) 905-2800

By:     /s/ Alexander M. Laughlin
         H. Jason Gold, Va. Bar No. 19117
         Alexander M. Laughlin, Va. Bar No. 25237

Counsel to the Trustee

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of December, 2009, a copy of the foregoing Trustee's

Report of Sale was sent via first class mail to:

OFFICE OF THE UNITED STATES TRUSTEE
115 South Union Street, Suite 210
Alexandria, Virginia  22314

Robert M. Marino, Esquire
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, Virginia 22314-3143

/s/ Alexander M. Laughlin
Alexander M. Laughlin

13077709.1