# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-SSM |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER APPROVING WILEY REIN LLP'S FIFTH INTERIM APPLICATION FOR PAYMENT OF FEES AND COSTS AS COUNSEL TO THE TRUSTEE

UPON CONSIDERATION of Wiley Rein LLP's ("Wiley Rein") Fifth Interim Application for Payment of Fees and Costs as Counsel to the Trustee ("Application"), the Court being satisfied that notice and an opportunity for hearing were given to creditors and parties in interest, and the Court having duly examined and considered the Application;

IT IS HEREBY ORDERED:

1. That the Application is approved in part, and interim compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses are allowed as follows:

   | | | |
   |---|---|---|
   | Fees: | $441,508.62 | (80% of total requested) |
   | Expenses: | $ 4,791.81 | |
   | Total: | $446,300.43 | |

2. The Trustee is authorized to pay Wiley Rein $446,300.43 from funds of the estates.

3. A hearing on the 20% holdback of Wiley Rein's attorneys' fees will be heard on February 2, 2010 at 11:00 a.m.

Dated: _____

                                                                            Stephen S. Mitchell

WE ASK FOR THIS:

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800


By:    /s/ Rebecca L. Saitta
       H. Jason Gold, Va. Bar No. 19117
       Dylan G. Trache, Va. Bar No. 45939
       Rebecca L. Saitta, Va. Bar No. 65408

Counsel to the Chapter 11 Trustee


CERTIFICATE PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that on this 13th day of January, 2010, a copy of the foregoing Order was sent by first class mail, postage prepaid, to:

Lawrence E. Rifken, Esquire
GREENBERG TRAURIG LLP
1750 Tysons Boulevard, Suite 1200
McLean VA 22102

Brian F. Kenney
MILES & STOCKBRIDGE, P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22101

Frank J. Bove
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314


                                         /s/ Rebecca L. Saitta
                                         Rebecca L. Saitta

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1:

H. Jason Gold
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

Lawrence E. Rifken, Esquire
GREENBERG TRAURIG LLP
1750 Tysons Boulevard, Suite 1200
McLean VA 22102

Brian F. Kenney
MILES & STOCKBRIDGE, P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22101

Frank J. Bove
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3143

Robert R. Leinwand, Esquire
Robert M. Sasloff, Esquire
Robinson Brog Leinwand Greene
 Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105