In re Vijay K. Taneja, et al
Case No. 08-13293-SSM

# Exhibit C

# EXHIBIT C

## SUMMARY OF TIMEKEEPERS

In re: Vijay K. Taneja, *et al.* (Chapter 11)
Case Number 08-13293-SSM

Name of Applicant: Greenberg Traurig, LLP
Role: Counsel to the Official Committee of Unsecured Creditors

**First Interim Application:**

| | |
|---|---|
| Fees Requested: | $106,426.25 [1] |
| Expenses Requested: | $300.88 |
| Total Requested: | $106,727.13 |

### Summary of Timekeepers

| Attorneys | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Rifken, Lawrence E. | 1988 | $625.00 | 105.0 | $65,625.00 |
| Farnum, John T. | 2007 | $395.00 | 118.3 | $46,728.50 |
| **ATTORNEY TOTALS:** | | | 223.3 | $112,353.50 |

| | |
|---|---|
| **TOTAL FEES:** | $112,353.50 |
| **LESS FEE ADJUSTMENTS:** | ($5,927.25) |
| **TOTAL ADJUSTED FEES:** | $106,426.25 |
| **BLENDED HOURLY RATE:** | $476.61 |

[1] The fees requested in this Application represent a voluntary reduction of $5,927.25 as more specifically set forth in Exhibit E to the Application.