D. Margeaux Witherspoon (VSB# 75582)
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
(703) 610-8676
(703) 610-8686 (Facsimile)
mwitherspoon@milesstockbridge.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| VIJAY TANEJA, | ) | Case No.:  08-13293-SSM |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, Virginia Commerce Bank hereby appears in the above-captioned case by its counsel, D. Margeaux Witherspoon of Miles & Stockbridge. Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002, be served at the address set forth below:

> D. Margeaux Witherspoon, Esq.
> Miles & Stockbridge P.C.
> 1751 Pinnacle Drive, Suite 500
> McLean, Virginia  22102-3833
> Telephone:  703-610-8676
> Facsimile:  703-610-8686
> E-mail:  mwitherspoon@milesstockbridge.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, appendices, exhibits, requests or demands, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, or otherwise.

Respectfully submitted,

Virginia Commerce Bank
Plaintiff, By Counsel

**Miles & Stockbridge, P.C.**
1751 Pinnacle Drive
Suite 500
McLean, VA 22102
(703) 610-8676
(703) 610-8686 (Facsimile)
mwitherspoon@milesstockbridge.com


By:   /s/ *D. Margeaux Witherspoon*
       D. Margeaux Witherspoon (VSB# 75582)
       *Counsel for Plaintiff, Virginia Commerce Bank*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be sent by U.S. first-class mail, postage prepaid, a true and accurate copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** this 1st day of July, 2011 to the following:

*Counsel for Debtor*
Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia

*Counsel for the Chapter 11 Trustee*
Alexander McDonald Laughlin
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102

*Counsel for the Creditors Committee*
Lawrence E. Rifken
Greenberg Traurig, LLP
1750 Tysons Boulevard
Suite 1200
McLean, VA 22102

*Counsel for US Trustee*
Frank J. Bove
1228 N. Stuart Street
Arlington, VA 22201

                                                    /s/   *D. Margeaux Witherspoon*
                                                    D. Margeaux Witherspoon