**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-RGM |
| | ) | |
| Debtors. | ) | Substantively consolidated |

**LIQUIDATING TRUSTEE'S SIXTH POST-CONFIRMATION STATUS REPORT**

H. Jason Gold, the Liquidating Trustee ("Liquidating Trustee") for the above-captioned substantively consolidated cases, hereby submits this Sixth Post-Confirmation Status Report in accordance with section VIII.F of the Plan (as hereinafter defined) for the period from April 1, 2014 through September 30, 2014 ("Reporting Period").

**A.    LIQUIDATION OF TRUST ASSETS**

To date, the Trustee (in his capacity as the Chapter 11 Trustee and Liquidating Trustee) has distributed over $19.4 million to creditors (net of the costs of administration). During the Reporting Period, the Liquidating Trustee collected $26,500.00 on account of adversary proceeding settlement payments resulting from various preference and fraudulent transfer actions. During the Reporting Period, the Liquidating Trustee also collected $20,084.25 on account of promissory notes originally held by the Debtors.

The Liquidating Trustee is in the process of liquidating the remaining assets held by the Trust (consisting primarily of judgments, settlements, and performing loans) in an effort to maximize value for the claimants and conclude administration of the Trust.

**B.    DISTRIBUTIONS**

On June 9, 2014, the Liquidating Trustee made a fourth interim distribution totaling $199,431.73 to unsecured creditors on account of allowed claims.

C.  **TRUST ADMINISTRATION**

The Liquidating Trustee continues to work with his financial advisors with respect to the preparation and filing of final tax returns for the estates and the Trust.

D.  **FINAL REPORT AND MOTION FOR FINAL DECREE**

On September 9, 2014, the Court conducted a status hearing in this matter. The Liquidating Trustee and Monitoring Committee advised the Court that the parties intended to file a Final Report and Joint Motion for Final Decree to be set for hearing before this Court on October 28, 2014.

Respectfully Submitted,

/s/ H. Jason Gold
H. Jason Gold, Liquidating Trustee

13783854.1