IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-RGM |
| | ) | |
| Debtors. | ) | Substantively consolidated |

## FINAL ACCOUNT

H. Jason Gold, the Liquidating Trustee ("Liquidating Trustee") for the above-captioned substantively consolidated cases, by counsel, files this Final Account in the substantively consolidated bankruptcy cases of Vijay K. Taneja, Elite Entertainment, Inc. ("Elite"), Financial Mortgage, Inc. ("FMI"), NRM Investments, Inc. ("NRM"), and Taneja Center, Inc. ("TCI") (collectively "Debtors") pursuant to the requirements of 11 U.S.C. § 1106(a)(7).

A.  **Administrative Expenses**

   1. **Professional Fees and Expenses**

| Claimant | Pre-Confirmation Payments[1] | Post-Confirmation Payments[2] |
|---|---|---|
| Wiley Rein LLP | $4,388,466.78 | $847,956.09 |
| H. Jason Gold, Trustee | $1,071,459.05 | $107,180.27 |
| Protiviti Inc. | $2,987,349.21 | $463,320.84 |
| Greenberg Traurig, LLP | $999,140.17 | $214,667.41 |

---

[1] In addition to professional fees and statutory U.S. Trustee fees, both the estates and the Trust paid operational expenses incurred in the ordinary course of business not included in this section. *See* Section E for Costs of Trust Administration.

[2] Current through September 3, 2014.


EXHIBIT A

| | | |
|---|---|---|
| Whiteford, Taylor & Preston L.L.P. | $2,031,003.52 | $875,745.45 |
| Marcher Consultants, Inc. | $601,038.21 | $0.00 |
| McGuireWoods LLP | $1,283,055.36 | $5,000.00 |
| Campbell Flannery PC | $45,312.77 | $0.00 |
| Leach Travell Britt, pc | $48,715.72 | $868.47 |
| Payne Advisory, LLC | $190,354.69 | $8,702.39 |
| LAJ Consulting, LLC | $75,761.25 | $5,332.50 |
| Ellin & Tucker, Chartered | $165,790.93 | $0.00 |
| Tyler Bartl Ramsdell & Counts PLC | $2,536.24 | $0.00 |
| Ronald Stern | $0.00 | $660.00 |
| Andalman & Flynn, PC | $0.00 | $300.00 |
| Auction Markets LLC | $0.00 | $5,000.00 |

2. **U.S. Trustee Fees**

| | | |
|---|---|---|
| Statutory U.S. Trustee Fees | $144,414.54 | $42,260.89[3] |

| | | |
|---|---|---|
| Total Administrative Expenses Paid | $14,034,398.44 | $2,576,994.31 |

---

[3] Subsequent to the filing of this Motion, the Liquidating Trustee intends to pay the 3rd Quarter 2014 U.S. Trustee fee of $650.00.

B. Secured Claims [4]

| Pre Confirmation Payments | Post Confirmation Payments |
|---|---|
| $18,185,241.11 | $3,162,373.33[5] |

C. Priority Tax Claims

| Priority Claimant | Post Confirmation Payments |
|---|---|
| Internal Revenue Service | $55,534.17 |
| Fairfax County, Virginia | $6,610.28 |
| Total Priority Claims Paid | $62,144.45 |

D. Class 3 - General Unsecured Claims

| Distribution Date | Distribution Amount |
|---|---|
| First Interim Distribution (August 24, 2012) | $57,611.29 |
| Second Interim Distribution (August 19, 2013) | $450,760.98 |

---

[4] Much time and effort, including substantial litigation, was spent determining the secured vs. unsecured status of many claims due to the Debtors' fraudulent activity such as the purported granting of liens in the same position on the same assets. The payments categories reported herein reflect the ultimate determination of the creditors' status.

[5] Amount includes credit bid submitted by United Central Bank in the amount of $2,712,000.00 from auction of Goose Creek Parcel at Belmont Ridge Road, Loudoun County, Virginia.

| Third Interim Distribution (March 7, 2014) | $249,550.13 |
| Fourth Interim Distribution (June 9, 2014) | $199,431.73 |
| Total Payments to Unsecured Creditors | $957,354.13 |

E.    **COSTS OF TRUST ADMINISTRATION**     $60,426.68

F.    **TOTAL DISBURSEMENTS UNDER PLAN**     **$6,819,292.90**

Wherefore, the Liquidating Trustee submits this Final Account.

Respectfully submitted,

H. JASON GOLD, LIQUIDATING TRUSTEE

By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800

By:    /s/ Rebecca L. Saitta
        H. Jason Gold, Va. Bar No. 19117
        Rebecca L. Saitta, Va. Bar No. 65408

Counsel to the Liquidating Trustee