**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-RGM |
| | ) | |
| Debtors. | ) | Substantively Consolidated |
| | ) | |

**NOTICE OF FINAL REPORT, ACCOUNT AND JOINT MOTION FOR FINAL**
**DECREE AND NOTICE OF HEARING THEREON**

PLEASE TAKE NOTICE that H. Jason Gold, the Liquidating Trustee ("Trustee") and

the Monitoring Committee established pursuant to the First Amended Joint Plan of Liquidation

of the Estates of Vijay K. Taneja and Affiliated Debtors, have filed a Final Report, Account and

Joint Motion for Final Decree ("Motion").

A hearing on the Motion will be held at:

**Place of Hearing:**                                   **Date and Time of Hearing:**

Courtroom I, 2nd Floor                            October 28, 2014
United States Bankruptcy Court                         at 9:30 a.m.
200 South Washington Street
Alexandria, Virginia 22314

Your rights may be affected.  You should read these papers carefully and discuss them

with your attorney, if you have one in this bankruptcy case (If you do not have an attorney, you

may wish to consult one).  If you do not wish the court to grant the relief sought in the Motion,

or if you want the court to consider your views on the Motion, you or your attorney must:

- On or before October 24, 2014, file with the Court, at the address shown below, a written response with supporting memorandum as required by

H. Jason Gold, Va. Bar No. 19117
Rebecca L. Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800
*Counsel to the Liquidating Trustee*

Local Bankruptcy Rule 9013-1(H).  **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.**  If you mail your response to the Court for filing, you must mail it early enough so the Court **will receive** it at or before the date specified above.

- Clerk of the Court
United States Bankruptcy Court
200 S. Washington Street
Alexandria, Virginia  22314

- You must **also** serve a copy of your response to the persons listed below.

  H. Jason Gold, Esquire
  Rebecca L. Saitta, Esquire
  WILEY REIN LLP
  7925 Jones Branch Drive, Suite 6200
  McLean, Virginia 22102

  United States Trustee, Region 4
  115 South Union Street, Suite 210
  Alexandria, Virginia  22314

- You (or your attorney if you have one) must also attend the hearing at the place and on the date shown above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.


Dated: October 10, 2014                    Respectfully submitted

                                           H. JASON GOLD, LIQUIDATING TRUSTEE

                                           By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
Telephone: (703) 905-2800
Facsimile: (703) 905-2820


By:     /s/ Rebecca L. Saitta
        H. Jason Gold, Va. Bar No. 19117
        Rebecca L. Saitta, Va. Bar No. 65408

*Counsel to the Liquidating Trustee*


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2014, a copy of the foregoing Notice was sent by electronic mail to the parties on the Limited Service List and by first class mail, postage prepaid, to the parties in interest on the attached Service List. [1]


         /s/ Rebecca L. Saitta
        Rebecca L. Saitta


13348076.2

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not to be served on each of the parties, but is attached to the original Certificate of Service filed with the Court.