**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-RGM |
| | ) | |
| Debtors. | ) | Substantively consolidated |

## AMENDED FINAL ACCOUNT

H. Jason Gold, the Liquidating Trustee ("Liquidating Trustee") for the above-captioned substantively consolidated cases, by counsel, files this Amended Final Account in the substantively consolidated bankruptcy cases of Vijay K. Taneja, Elite Entertainment, Inc. ("Elite"), Financial Mortgage, Inc. ("FMI"), NRM Investments, Inc. ("NRM"), and Taneja Center, Inc. ("TCI") (collectively "Debtors") pursuant to the requirements of 11 U.S.C. § 1106(a)(7).

### A.    Administrative Expenses

### 1.    Professional Fees

| Claimant | Pre-Confirmation Payments | Post-Confirmation Payments[1] | Total |
|---|---|---|---|
| Wiley Rein LLP | $4,388,466.78 | $905,081.08 | $5,293,547.86 |
| H. Jason Gold, Trustee | $1,071,459.05 | $109,603.85 | $1,181,062.90 |

---

[1] The administration of the Taneja Liquidating Trust is not complete. Accordingly, the information contained in this account has not been audited and is based upon the Trustee's records as of December 31, 2014. All amounts contained herein are subject to change as final wind down occurs.

H. Jason Gold, Va. Bar No. 19117
Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 712-2800
Counsel to the Liquidating Trustee

| | | | |
|---|---|---|---|
| Protiviti Inc. | $2,987,349.21 | $463,320.84 | $3,450,670.05 |
| Greenberg Traurig, LLP | $999,140.17 | $231,961.85 | $1,231,102.02 |
| Whiteford, Taylor & Preston L.L.P. | $2,031,003.52 | $875,745.45 | $2,906,748.97 |
| Marcher Consultants, Inc. | $601,038.21 | $0.00 | $601,038.21 |
| McGuireWoods LLP | $1,283,055.36 | $5,000.00 | $1,288,055.36 |
| Campbell Flannery PC | $45,312.77 | $0.00 | $45,312.77 |
| Leach Travell Britt, pc | $48,715.72 | $868.47 | $49,584.19 |
| Payne Advisory, LLC | $190,354.69 | $8,702.39 | $199,057.08 |
| LAJ Consulting, LLC | $75,761.25 | $5,332.50 | $81,093.75 |
| Ellin & Tucker, Chartered | $165,790.93 | $0.00 | $165,790.93 |
| Tyler Bartl Ramsdell & Counts PLC | $2,536.24 | $0.00 | $2,536.24 |
| Ronald Stern | $0.00 | $660.00 | $660.00 |
| Andalman & Flynn, PC | $0.00 | $300.00 | $300.00 |
| Auction Markets LLC | $0.00 | $5,000.00 | $5,000.00 |
| Total | $13,889,983.90 | $2,611,576.43 | $16,501,560.33 |

## 2.    U.S. Trustee Fees

| | Pre-Confirmation Payments | Post-Confirmation Payments | Total |
|---|---|---|---|
| Statutory U.S. Trustee Fees | $144,414.54 | $42,910.89 | $187,325.43 |

~#4842-9836-7265~

### 3.     Other Costs of Administration[2]

|  | Pre-Confirmation Payments | Post-Confirmation Payments | Total |
|---|---|---|---|
| Administrative Costs | $3,389,225.85 | $84,985.42 | $3,474,211.27 |

|  | Pre-Confirmation Payments | Post-Confirmation Payments | Total |
|---|---|---|---|
| Total Administrative Expenses Paid | $17,423,624.29 | $2,739,472.74 | $20,163,097.03 |

### B.     Secured Claims [3]

| Pre Confirmation Payments | Post Confirmation Payments | Total |
|---|---|---|
| $18,202,492.71 | $3,162,373.33[4] | $21,364,866.04 |

### C.     Priority Tax Claims

| Priority Claimant | Post Confirmation Payments |
|---|---|
| Internal Revenue Service | $55,534.17 |
| Fairfax County, Virginia | $6,610.28 |
| Total Priority Claims Paid | $62,144.45 |

---

[2] Includes operational expenses incurred in the ordinary course of business, payments on account of mechanics liens, costs of sale, and other administrative amounts.

[3] Much time and effort, including substantial litigation, was spent determining the secured vs. unsecured status of many claims due to the Debtors' fraudulent activity such as the purported granting of liens in the same position on the same assets. The payments categories reported herein reflect the ultimate determination of the creditors' status.

[4] Amount includes credit bid submitted by United Central Bank in the amount of $2,712,000.00 from auction of Goose Creek Parcel at Belmont Ridge Road, Loudoun County, Virginia.

~#4842-9836-7265~

### D.    Class 3 - General Unsecured Claims[5]

| Distribution Date | Distribution Amount |
|---|---|
| First Interim Distribution (August 24, 2012) | $57,611.29 |
| Second Interim Distribution (August 19, 2013) | $450,760.98 |
| Third Interim Distribution (March 7, 2014) | $249,550.13 |
| Fourth Interim Distribution (June 9, 2014) | $199,431.73 |
| Total Payments to Unsecured Creditors | $957,354.13 |

### E.    CASH ON HAND (as of December 31, 2014)        $  267,273.74

### F.    TOTAL DISBURSEMENTS UNDER PLAN              $6,921,344.65

### G.    TOTAL DISBURSEMENTS AND CASH ON HAND

| | |
|---|---|
| Professional Fees | $16,688,885.76 |
| Secured Claims | $18,652,866.04 |
| Priority Claims | $62,144.45 |
| General Unsecured Claims | $957,354.13 |
| Costs of Administration | $3,474,211.27 |
| Cash on Hand | $267,273.74 |
| **Total Receipts** | **$40,102,735.39** |

---

[5] For the names and amounts distributed to Priority and Unsecured Claims, see Exhibit "1".

~#4842-9836-7265~

Wherefore, the Liquidating Trustee submits this Amended Final Account.


Respectfully submitted,

H. JASON GOLD, LIQUIDATING TRUSTEE

By Counsel


NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 712-2800


By:      /s/ Dylan G. Trache
         H. Jason Gold, Va. Bar No. 19117
         Dylan G. Trache, Va. Bar No. 45939

Counsel to the Liquidating Trustee

~#4842-9836-7265~