**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-RGM |
| | ) | |
| Debtors. | ) | Substantively consolidated |

**LIQUIDATING TRUSTEE'S SEVENTH POST-CONFIRMATION STATUS REPORT**

H. Jason Gold, the Liquidating Trustee ("Liquidating Trustee") for the above-captioned substantively consolidated cases, hereby submits this Seventh Post-Confirmation Status Report in accordance with section VIII.F of the Plan (as hereinafter defined) for the period from October 1, 2014 through March 30, 2015 ("Reporting Period").

A.  **LIQUIDATION OF TRUST ASSETS**

To date, the Trustee (in his capacity as the Chapter 11 Trustee and Liquidating Trustee) has distributed approximately $19.7 million to creditors (net of the costs of administration). During the Reporting Period, the Liquidating Trustee collected $91,900.00 on account of adversary proceeding settlement payments resulting from various preference and fraudulent transfer actions.  During the Reporting Period, the Liquidating Trustee collected $187,567.17 on account of promissory notes originally held by the Debtors.

During the Reporting Period, the Liquidating Trustee, as holder of a secured Note made by Rajat Garg and Andra Showalter, sold the Note to Metrolina Loan Holdings, LLC for $167,021.92.  Additionally, the Liquidating Trustee, as holder of a secured Note made by Aras and Erdem Memisyazici, accepted $10,000 as payment in full of the remaining balance under that instrument.  Finally, during the Reporting Period, the Liquidating Trustee commenced enforcement activity following a default under the Second Settlement Agreement by Ali and

Nayereh Rassoulpour, and their related entities ("Rassoulpour Entities"). The Trustee subsequently entered into a forbearance agreement with the Rassoulpour Entities.

The Liquidating Trustee is in the process of liquidating several remaining valuable assets held by the Trust (consisting primarily of judgments, settlements, and performing loans) in an effort to maximize value for the claimants and conclude administration of the Trust.

### B. DISTRIBUTIONS

The Liquidating Trustee has made four interim distribution totaling $956,786.54 to unsecured creditors on account of allowed claims. The Trustee anticipates making a fifth distribution during 2015.

### C. TRUST ADMINISTRATION

During the Reporting Period, the Liquidating Trustee filed tax returns for years 2008, 2009, 2010 and 2011 for the estates, and continues to work with his financial advisors with respect to the preparation and filing of final tax returns.

### D. FINAL REPORT AND MOTION FOR FINAL DECREE

On October 10, 2014, the Liquidating Trustee and Monitoring Committee filed a Final Report, Account and Joint Motion for Final Decree. On January 23, 2015, the Liquidating Trustee filed an Amended Final Report and Account. The hearing on the Amended Final Report has been continued to April 28, 2015, and the Trustee anticipates filing a Second Amended Final Report in advance of this hearing.

Respectfully Submitted,

 /s/ H. Jason Gold
H. Jason Gold, Liquidating Trustee