EXHIBIT C

**OFFICE OF THE UNITED STATES TRUSTEE**
**FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS**
**POST-CONFIRMATION QUARTERLY REPORT**

**DEBTOR:** Taneja Liquidation Trust          **CH. 11 CASE NO:** 08-13293-RGM

**FOR QUARTER ENDED:** 3rd Quarter 2012

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | |
|---|---|---:|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 1,322,476.71 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 123,056.02 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 260,564.54 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 1,184,968.19 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---|---:|---:|---:|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ 2,360.64 | $ | $ |
| | Plan Trustee Expense | 0.00 | | |
| | Attorney Fees - Trustee | 83,438.38 | | |
| | Attorney Fees - Debtor | 0.00 | | |
| | Other Professionals | 48,095.55 | | |
| | Other Administrative Expenses | 10,502.58 | | |
| | **TOTAL ADMINISTRATIVE EXPENSES** | $ 144,397.15 | $ 0.00 | $ 0.00 |
| 2. | SECURED CREDITORS | $ 0.00 | | |
| 3. | PRIORITY CREDITORS | $ 55,534.17 | | |
| 4. | UNSECURED CREDITORS | $ 60,633.22 | | |
| 5. | EQUITY SECURITY HOLDERS | $ 0.00 | | |
| 6. | Attach additional sheets as necessary | $ | | |
| | **TOTAL PLAN PAYMENTS** | $ 260,564.54 | $ 0.00 | $ 0.00 |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 0.00 Due For 3rd Qrt. 2012 | | |

**PLAN STATUS:**

|  |  | Yes | No |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | yes | |
| 2. | Are all post-confirmation obligations current? (If no, attach explanation.) | yes | |
| 3. | Projected date of application for final decree: 1/31/2015 | | |

***I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.***

H. Jason Gold                                    Date
Liquidating Trustee
By: /s/ H. Jason Gold                            Liquidating Trustee
Signature                                        Title
H. Jason Gold                                    703-905-2800
Printed Name                                     Telephone Number

Form 5

2010/02

# OFFICE OF THE UNITED STATES TRUSTEE
## FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
## POST-CONFIRMATION QUARTERLY REPORT

**DEBTOR:** Vijay K. Taneja         **CH. 11 CASE NO:** 08-13293-RGM

**FOR QUARTER ENDED:** 4th Quarter 2012

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | |
|---|---|---:|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 1,193,670.58 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 54,064.63 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 205,447.33 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 1,042,287.88 |

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| 1. ADMINISTRATIVE EXPENSES | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---:|---:|---:|
| Plan Trustee Compensation | $ 11,431.06 | $ | $ |
| Plan Trustee Expense | 0.00 | | |
| Attorney Fees - Trustee | 144,322.59 | | |
| Attorney Fees - Debtor | 0.00 | | |
| Other Professionals | 45,373.57 | | |
| Other Administrative Expenses | 2,574.62 | | |
| **TOTAL ADMINISTRATIVE EXPENSES** | $ 203,701.84 | $ 0.00 | $ 0.00 |
| 2. SECURED CREDITORS | $ 0.00 | | |
| 3. PRIORITY CREDITORS | $ 0.00 | | |
| 4. UNSECURED CREDITORS | $ 1,745.49 | | |
| 5. EQUITY SECURITY HOLDERS | $ 0.00 | | |
| 6. Attach additional sheets as necessary | $ 0.00 | | |
| **TOTAL PLAN PAYMENTS** | $ 205,447.33 | $ 0.00 | $ 0.00 |

| | Amount | Date | Check No. |
|---|---:|---:|---:|
| **QUARTERLY FEE PAID:** | $ 1,950.00 | 1/9/13 | 1,049 |

### PLAN STATUS:
                                                                                             Yes    No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   [x]    [ ]
2. Are all post-confirmation obligations current? (If no, attach explanation.)   [x]    [ ]
3. Projected date of application for final decree:    1/31/2015

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Date: 1/9/2013

By: /s/ H. Jason Gold          Liquidating Trustee
Signature                      Title
Reorganized Debtor

H. Jason Gold                  703- 905-2800
Printed Name                   Telephone Number

Form 5

2010/02

# OFFICE OF THE UNITED STATES TRUSTEE
## FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
## POST-CONFIRMATION QUARTERLY REPORT

**DEBTOR:** Vijay K. Taneja

**CH. 11 CASE NO:** 08-13293-RGM

**FOR QUARTER ENDED:** 1st Quarter 2013

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | |
|---|---|---:|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 1,042,287.88 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 52,463.87 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 61,369.43 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 1,033,382.32 |

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| 1. ADMINISTRATIVE EXPENSES | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---:|---:|---:|
| Plan Trustee Compensation | $ 3,293.46 | $ | $ |
| Plan Trustee Expense | 0.00 | | |
| Attorney Fees - Trustee | 48,104.14 | | |
| Attorney Fees - Debtor | | | |
| Other Professionals | 7,457.00 | | |
| Other Administrative Expenses | 2,514.83 | | |
| **TOTAL ADMINISTRATIVE EXPENSES** | $ 61,369.43 | $ | $ |

| | | | | |
|---|---|---:|---|---|
| 2. | SECURED CREDITORS | $ 0.00 | | |
| 3. | PRIORITY CREDITORS | $ 0.00 | | |
| 4. | UNSECURED CREDITORS | $ 0.00 | | |
| 5. | EQUITY SECURITY HOLDERS | $ 0.00 | | |
| 6. | Attach additional sheets as necessary | $ 0.00 | | |
| | **TOTAL PLAN PAYMENTS** | $ 61,369.43 | $ | $ |

| | Amount | Date | Check No. |
|---|---:|---|---|
| **QUARTERLY FEE PAID:** $ | 650.00 | 4/10/13 | 11 061 |

### PLAN STATUS:

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | X | |
| 2. | Are all post-confirmation obligations current? (If no, attach explanation.) | X | |
| 3. | Projected date of application for final decree: 1/31/2015 | | |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Date: 4/10/2013

By: /s/ H. Jason Gold
Signature

H. Jason Gold, Trustee
Printed Name

Title: Liquidating Trustee

Telephone Number: 703-905-2800

Form 5

2010/02

# OFFICE OF THE UNITED STATES TRUSTEE
## FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
## POST-CONFIRMATION QUARTERLY REPORT

DEBTOR: Vijay K. Taneja                    CH. 11 CASE NO: 08-13293-RGM

FOR QUARTER ENDED: 2nd Quarter 2013

SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER                                   $ 1,072,745.86
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES                           161,211.87
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS         ( 238,474.18 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) $ 995,483.55

SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

|   | | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---|---|---|---|
| 1. | ADMINISTRATIVE EXPENSES | | | |
|   | Plan Trustee Compensation | $ 5,150.79 | $ | $ |
|   | Plan Trustee Expense | 0.00 | | |
|   | Attorney Fees - Trustee | 48,071.70 | | |
|   | Attorney Fees - Debtor | | | |
|   | Other Professionals | 138,037.20 | | |
|   | Other Administrative Expenses | 13,840.63 | | |
|   | TOTAL ADMINISTRATIVE EXPENSES | $ 205,100.32 | $ | $ |
| 2. | SECURED CREDITORS | $ 0.00 | | |
| 3. | PRIORITY CREDITORS | $ 0.00 | | |
| 4. | UNSECURED CREDITORS | $ 33,373.86 | | |
| 5. | EQUITY SECURITY HOLDERS | $ 0.00 | | |
| 6. | Attach additional sheets as necessary | $ 0.00 | | |
|   | TOTAL PLAN PAYMENTS | $ 238,474.18 | $ | $ |

|   | Amount | Date | Check No. |
|---|---|---|---|
| QUARTERLY FEE PAID: | $ 1,950.00 | 7/16/13 | 11 076 |

PLAN STATUS:                                                           Yes    No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   [X]   [ ]
2. Are all post-confirmation obligations current? (If no, attach explanation.)                    [X]   [ ]
3. Projected date of application for final decree:    1/31/2015

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

                                                                7/16/2013
                                                                Date

By: /s/ H. Jason Gold
    Signature                                                   Liquidating Trustee
                                                                Title
    H. Jason Gold, Trustee                                      703-905-2800
    Printed Name                                                Telephone Number

Form 5

2010/02

# OFFICE OF THE UNITED STATES TRUSTEE
## FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
## POST-CONFIRMATION QUARTERLY REPORT

**DEBTOR:** Vijay K. Taneja    **CH. 11 CASE NO:** 08-13293-RGM

**FOR QUARTER ENDED:** 3rd Quarter 2013

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | |
|---|---|---:|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 995,483.55 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 128,162.59 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 568,315.29 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 555,330.85 |

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| 1. ADMINISTRATIVE EXPENSES | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---:|---|---|
| Plan Trustee Compensation | $ 17,423.72 | $ | $ |
| Plan Trustee Expense | 0.00 | | |
| Attorney Fees - Trustee | 74,074.71 | | |
| Attorney Fees - Debtor | | | |
| Other Professionals | 3,517.30 | | |
| Other Administrative Expenses | 7,554.09 | | |
| TOTAL ADMINISTRATIVE EXPENSES | $ 102,569.82 | $ | $ |

| | | | | |
|---|---|---:|---|---|
| 2. | SECURED CREDITORS | $ 0.00 | | |
| 3. | PRIORITY CREDITORS | $ 6,610.28 | | |
| 4. | UNSECURED CREDITORS | $ 459,135.19 | | |
| 5. | EQUITY SECURITY HOLDERS | $ 0.00 | | |
| 6. | Attach additional sheets as necessary | $ 0.00 | | |
| | TOTAL PLAN PAYMENTS | $ 568,315.29 | $ | $ |

| | Amount | Date | Check No. |
|---|---:|---:|---:|
| QUARTERLY FEE PAID: | $ 4,875.00 | 10/16/13 | 131 |

### PLAN STATUS:

| | | Yes | No |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | X | |
| 2. | Are all post-confirmation obligations current? (If no, attach explanation.) | X | |
| 3. | Projected date of application for final decree: 1/31/2015 | | |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

10/16/2013
Date

By: /s/ H. Jason Gold
Signature

H. Jason Gold, Trustee
Printed Name

Liquidating Trustee
Title

703-905-2800
Telephone Number

Form 5

2010/02

## OFFICE OF THE UNITED STATES TRUSTEE
### FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
### POST-CONFIRMATION QUARTERLY REPORT

DEBTOR: Vijay K. Taneja                    CH. 11 CASE NO: 08-13293-RGM

FOR QUARTER ENDED: 4th Quarter 2013

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | |
|---|---|---:|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 555,330.85 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 658,589.81 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 123,541.44 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 1,090,379.22 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| 1. ADMINISTRATIVE EXPENSES | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---:|---:|---:|
| Plan Trustee Compensation | $ 0.00 | $ | $ |
| Plan Trustee Expense | 0.00 | | |
| Attorney Fees - Trustee | 54,454.45 | | |
| Attorney Fees - Debtor | | | |
| Other Professionals | 54,448.82 | | |
| Other Administrative Expenses | 14,638.17 | | |
| TOTAL ADMINISTRATIVE EXPENSES | $ 123,541.44 | $ | $ |

| | | | | |
|---|---|---:|---|---|
| 2. | SECURED CREDITORS | $ 0.00 | | |
| 3. | PRIORITY CREDITORS | $ 0.00 | | |
| 4. | UNSECURED CREDITORS | $ 0.00 | | |
| 5. | EQUITY SECURITY HOLDERS | $ 0.00 | | |
| 6. | Attach additional sheets as necessary | $ 0.00 | | |
| | TOTAL PLAN PAYMENTS | $ 123,541.44 | $ | $ |

| | Amount | Date | Check No. |
|---|---:|---|---:|
| QUARTERLY FEE PAID: $ | 975.00 | 1/16/14 | 150 |

**PLAN STATUS:**                                                                 Yes        No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)    [X]    [ ]
2. Are all post-confirmation obligations current? (If no, attach explanation.)    [X]    [ ]
3. Projected date of application for final decree:    1/31/2015

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

                                                                      1/16/2014
                                                                      Date

By: /s/ H. Jason Gold                           Liquidating Trustee
    Signature                                    Title

    H. Jason Gold, Trustee                       703-905-2800
    Printed Name                                 Telephone Number

Form 5

2010/02

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
POST-CONFIRMATION QUARTERLY REPORT

DEBTOR: Vijay K. Taneja            CH. 11 CASE NO: 08-13293-RGM

FOR QUARTER ENDED: 1st Quarter 2014

SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER    $ $1,090,379.22
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES    27,423.60
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS    ( 302,579.65 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT)    $ 815,223.17

SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| 1. ADMINISTRATIVE EXPENSES | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---|---|---|
| Plan Trustee Compensation | $ 3,820.62 | $ | $ |
| Plan Trustee Expense | 0.00 | | |
| Attorney Fees - Trustee | 44,253.85 | | |
| Attorney Fees - Debtor | | | |
| Other Professionals | 3,104.00 | | |
| Other Administrative Expenses | 1,851.05 | | |
| TOTAL ADMINISTRATIVE EXPENSES | $ 53,029.52 | $ | $ |
| 2. SECURED CREDITORS | $ 0.00 | | |
| 3. PRIORITY CREDITORS | $ 0.00 | | |
| 4. UNSECURED CREDITORS | $ 249,550.13 | | |
| 5. EQUITY SECURITY HOLDERS | $ 0.00 | | |
| 6. Attach additional sheets as necessary | $ 0.00 | | |
| TOTAL PLAN PAYMENTS | $ 302,579.65 | $ | $ |

|  | Amount | Date | Check No. |
|---|---|---|---|
| QUARTERLY FEE PAID: | $ 4,875.00 | 4/15/14 | 11,196 |

PLAN STATUS:                                Yes    No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)    X
2. Are all post-confirmation obligations current? (If no, attach explanation.)    X
3. Projected date of application for final decree:    6/30/2015

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Date: 4/15/2014

By: /s/ H. Jason Gold
Signature
H. Jason Gold, Trustee
Printed Name

Title: Liquidating Trustee
Telephone Number: 703-905-2800

Form 5
2010/02

# OFFICE OF THE UNITED STATES TRUSTEE
## FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
## POST-CONFIRMATION QUARTERLY REPORT

DEBTOR: Vijay K. Taneja    CH. 11 CASE NO: 08-13293-RGM

FOR QUARTER ENDED: 2nd Quarter 2014

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | |
|---|---|---|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ $815,223.17 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 21,130.55 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 642,681.79 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 193,671.93 |

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---|---|---|---|
| 1. | ADMINISTRATIVE EXPENSES | | | |
| | Plan Trustee Compensation | $ 19,726.04 | $ | $ |
| | Plan Trustee Expense | 0.00 | | |
| | Attorney Fees – Trustee | 86,539.59 | | |
| | Attorney Fees – Debtor | | | |
| | Other Professionals | 327,890.99 | | |
| | Other Administrative Expenses | 9,093.44 | | |
| | TOTAL ADMINISTRATIVE EXPENSES | $ 443,250.06 | $ | $ |
| 2. | SECURED CREDITORS | $ 0.00 | | |
| 3. | PRIORITY CREDITORS | $ 0.00 | | |
| 4. | UNSECURED CREDITORS | $ 199,431.73 | | |
| 5. | EQUITY SECURITY HOLDERS | $ 0.00 | | |
| 6. | Attach additional sheets as necessary | $ 0.00 | | |
| | TOTAL PLAN PAYMENTS | $ 642,681.79 | $ | $ |

| | Amount | Date | Check No. |
|---|---|---|---|
| QUARTERLY FEE PAID: | $ 4,875.00 | 7/10/14 | 11,243 |

### PLAN STATUS:

| | | Yes | No |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | X | |
| 2. | Are all post-confirmation obligations current? (If no, attach explanation.) | X | |
| 3. | Projected date of application for final decree: 6/31/2015 | | |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

By: /s/ H. Jason Gold    Date: 7/10/2014
Signature
H. Jason Gold, Trustee    Title: Liquidating Trustee
Printed Name    Telephone Number: 703-905-2800

Form 5

2010/02

## OFFICE OF THE UNITED STATES TRUSTEE
### FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
### POST-CONFIRMATION QUARTERLY REPORT

**DEBTOR:** Vijay K. Taneja        **CH. 11 CASE NO:** 08-13293-RGM

**FOR QUARTER ENDED:** 3rd Quarter 2014

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | |
|---|---|---:|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 193,671.93 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 26,210.55 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 55,686.15 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 164,196.33 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| 1. ADMINISTRATIVE EXPENSES | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---:|---:|---:|
| Plan Trustee Compensation | $ 8,890.90 | $ | $ |
| Plan Trustee Expense | | | |
| Attorney Fees - Trustee | 37,018.04 | | |
| Attorney Fees - Debtor | | | |
| Other Professionals | 3,737.19 | | |
| Other Administrative Expenses | 6,040.02 | | |
| TOTAL ADMINISTRATIVE EXPENSES | $ 55,686.15 | $ 0.00 | $ 0.00 |
| 2. SECURED CREDITORS | $ | | |
| 3. PRIORITY CREDITORS | $ | | |
| 4. UNSECURED CREDITORS | $ | | |
| 5. EQUITY SECURITY HOLDERS | $ | | |
| 6. Attach additional sheets as necessary | $ | | |
| **TOTAL PLAN PAYMENTS** | $ 55,686.15 | $ 0.00 | $ 0.00 |

| | Amount | Date | Check No. |
|---|---:|---|---:|
| **QUARTERLY FEE PAID:** | $ 650.00 | 10/15/14 | 11,259 |

**PLAN STATUS:**                                                                Yes    No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   [X]
2. Are all post-confirmation obligations current? (If no, attach explanation.)   [X]
3. Projected date of application for final decree:   Motion for Final Decree filed 10/10/14 & Set for Hearing on 10/28/2014

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Date: 10/15/2014

By: /s/ H. Jason Gold — Reorganized Debtor
Signature

Printed Name: H. Jason Gold, Trustee

Title: Liquidating Trustee

Telephone Number: 703-905-2800

Form 5
2010/02

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF NORTHERN VIRGINIA AND DISTRICT OF COLUMBIA DIVISIONS
POST-CONFIRMATION QUARTERLY REPORT

**DEBTOR:** Vijay K. Taneja                              **CH. 11 CASE NO:** 08-13293-RGM

**FOR QUARTER ENDED:** 4th Quarter 2014

SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER                                  $  $164,763.92
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES                          185,291.27
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS       (      82,781.45 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT)  $   267,273.74

SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

|   | | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---|---|---|---|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
|   | Plan Trustee Compensation | $ 2,423.58 | $ | $ |
|   | Plan Trustee Expense | 0.00 | | |
|   | Attorney Fees - Trustee | 48,518.37 | | |
|   | Attorney Fees - Debtor | | | |
|   | Other Professionals | 28,919.72 | | |
|   | Other Administrative Expenses | 2,919.78 | | |
|   | TOTAL ADMINISTRATIVE EXPENSES | $ 82,781.45 | $ | $ |
| 2. | SECURED CREDITORS | $ 0.00 | | |
| 3. | PRIORITY CREDITORS | $ 0.00 | | |
| 4. | UNSECURED CREDITORS | $ 0.00 | | |
| 5. | EQUITY SECURITY HOLDERS | $ 0.00 | | |
| 6. | Attach additional sheets as necessary | $ 0.00 | | |
|   | **TOTAL PLAN PAYMENTS** | $ 0.00 | $ | $ |

|   | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 975.00 | 1/15/15 | 11274 |

**PLAN STATUS:**                                                                   Yes      No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   X
2. Are all post-confirmation obligations current? (If no, attach explanation.)   X
3. Projected date of application for final decree:    Filed 10/10/14

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

                                                                           1/15/2015
                                                                           Date

By: /s/ H. Jason Gold                                  Liquidating Trustee
    Signature                                          Title

    H. Jason Gold, Trustee                             202-712-2800
    Printed Name                                       Telephone Number

Form 5

2010/02