Vijay K. Taneja, *et al.*
Cumulative Distributions

| Debtor Entity | Claimant | Allowed Claim Amount | Cumulative Distribution % | Cumulative Distribution Amt |
|---|---|---:|---:|---:|
| Elite Entertainment, Inc. | SunTrust Bank | $ 44,462.96 | 2.7282% | $ 1,213.03 |
| Elite Entertainment, Inc. | Suntrust Bank | 34,386.41 | 2.7282% | 938.12 |
| Financial Mortgage, Inc. | EMC Mortgage Corporation (JPMorgan Chase Bank) | 3,000,000.00 | 2.7282% | 81,845.50 |
| Financial Mortgage, Inc. | Guardian Mortgage Documents | 9,755.00 | 2.7282% | 266.13 |
| Financial Mortgage, Inc. | Internal Revenue Service | 55,534.17 | 100% | 55,534.17 |
| Financial Mortgage, Inc. | Internal Revenue Service | - | 0.0000% | 75.17 |
| Financial Mortgage, Inc. | Mutual Bank (United Central Bank) | 50,658.71 | 2.7282% | 1,382.06 |
| Financial Mortgage, Inc. | Pitney Bowes Global Financial Services | 419.46 | 2.7282% | 11.44 |
| Financial Mortgage, Inc. | Pitney Bowes Inc. | 6,704.30 | 2.7282% | 182.91 |
| Financial Mortgage, Inc. | SunTrust | 6,332.32 | 2.7282% | 172.76 |
| Financial Mortgage, Inc. | Wachovia Bank, NA | 49,883.89 | 2.7282% | 1,360.92 |
| NRM Investments, Inc. | Century Steel Products Inc. | 153,000.00 | 2.7282% | 4,174.12 |
| NRM Investments, Inc. | Ferguson Enterprises, Inc. | 20,917.77 | 2.7282% | 570.68 |
| NRM Investments, Inc. | Virginia Commerce Bank | 723,300.42 | 2.7282% | 19,732.96 |
| Taneja Center, Inc. | Khanjee Holdings (US), Inc. | 125,000.00 | 2.7282% | 3,410.23 |
| Taneja Center, Inc. | Pan American Financial Resources LLC | 135,000.00 | 2.7282% | 3,683.05 |
| Taneja Center, Inc. | Urban, Ltd. | 17,824.56 | 2.7282% | 486.29 |
| Taneja Center, Inc. | Virginia Commerce Bank | 1,500,000.00 | 2.7282% | 40,922.75 |
| Vijay K. Taneja | Americas Servicing Company(Division of Wells Fargo Home Mortgage) | 565,224.08 | 2.7282% | 15,420.35 |
| Vijay K. Taneja | Americas Servicing Company(Division of Wells Fargo Home Mortgage) | 466,421.31 | 2.7282% | 12,724.83 |
| Vijay K. Taneja | Americas Servicing Company(Division of Wells Fargo Home Mortgage) | 410,720.00 | 2.7282% | 11,205.19 |
| Vijay K. Taneja | Americas Servicing Company(Division of Wells Fargo Home Mortgage) | 379,886.29 | 2.7282% | 10,363.99 |
| Vijay K. Taneja | Bank of America, NA | 38,651.66 | 2.7282% | 1,054.49 |
| Vijay K. Taneja | Bank of America, NA | 28,751.76 | 2.7282% | 784.40 |
| Vijay K. Taneja | Bank of America, NA | 14,819.39 | 2.7282% | 404.30 |
| Vijay K. Taneja | Branch Banking & Trust Co. | 91,289.95 | 2.7282% | 2,490.56 |
| Vijay K. Taneja | Capital One, NA | 100,000.00 | 2.7282% | 2,728.18 |
| Vijay K. Taneja | Chase Bank USA, NA | 38,222.39 | 2.7282% | 1,042.78 |
| Vijay K. Taneja | Chase Bank USA, NA | 20,246.06 | 2.7282% | 552.35 |
| Vijay K. Taneja | Chase Bank USA, NA | 20,199.00 | 2.7282% | 551.07 |
| Vijay K. Taneja | Chase Bank USA, NA | 960.29 | 2.7282% | 26.20 |
| Vijay K. Taneja | Chase Bank USA, NA | 105.93 | 2.7282% | 2.89 |
| Vijay K. Taneja | Fairfax County, VA | 6,610.28 | 100% | 6,610.28 |
| Vijay K. Taneja | First Tennessee Bank | 3,808,249.10 | 2.7282% | 103,896.01 |
| Vijay K. Taneja | Franklin Bank, SSB | 5,750,000.00 | 2.7282% | 156,870.54 |
| Vijay K. Taneja | GMAC Mortgage, LLC (Ally Financial Inc.) | 1,850,000.00 | 2.7282% | 50,471.39 |
| Vijay K. Taneja | LVNV Funding LLC | 5,453.67 | 2.7282% | 148.79 |
| Vijay K. Taneja | MMCA Group, Ltd. | 5,031.00 | 2.7282% | 137.25 |
| Vijay K. Taneja | Old Republic National Title Insurance Co. | 231,412.59 | 2.7282% | 6,313.36 |
| Vijay K. Taneja | Old Republic National Title Insurance Co. | 2,000,000.00 | 2.7282% | 54,563.67 |
| Vijay K. Taneja | Residential Funding Company, LLC (GMAC LLC) | 622,269.42 | 2.7282% | 16,976.65 |
| Vijay K. Taneja | SGA Companies, Inc. | 1,317,036.53 | 2.7282% | 35,931.17 |
| Vijay K. Taneja | U.S. Bank NA, Trustee for Terwin Mortgage Trust | 208,449.27 | 2.7282% | 5,686.88 |
| Vijay K. Taneja | Virginia Commerce Bank | 494,834.00 | 2.7282% | 13,499.98 |
| Vijay K. Taneja | Virginia Commerce Bank | 21,677.00 | 2.7282% | 591.39 |
| Vijay K. Taneja | Wachovia Bank, NA | 49,980.01 | 2.7282% | 1,363.55 |
| Vijay K. Taneja | Washington Mutual (JP Morgan) | 225,035.21 | 2.7282% | 6,139.37 |
| Vijay K. Taneja | Washington Mutual Bank (JP Morgan) | 410,472.79 | 2.7282% | 11,198.45 |
| Vijay K. Taneja | Washington Mutual Bank (JP Morgan) | 133,197.50 | 2.7282% | 3,633.87 |
| Vijay K. Taneja | Wells Fargo Bank NA | 13,956.98 | 2.7282% | 380.77 |
| Vijay K. Taneja | Wells Fargo Funding, Inc. and Wells Fargo Bank, N.A. | 9,888,313.55 | 2.7282% | 269,771.32 |
| | | **$ 35,150,656.98** | | **$ 1,019,498.55** |

EXHIBIT 1