**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIJAY K. TANEJA, *et al.*, | ) | Case No. 08-13293-RGM |
| | ) | |
| Debtors. | ) | Substantively consolidated |

## FINAL DECREE

Whereas, Vijay K. Taneja, Elite Entertainment, Inc., Financial Mortgage, Inc., NRM Investments, Inc., and Taneja Center, Inc. ("Debtors"), filed voluntary petitions under title 11, Chapter 11 in the United States Bankruptcy Court for the Eastern District of Virginia on June 9, 2008; and

Whereas, a First Amended Joint Plan of Liquidation of the Estates of Vijay K. Taneja and Affiliated Debtors ("Plan") was proposed to the creditors and was confirmed by Order of this Court on August 10, 2011; and

Whereas, under the Plan, the Debtor's estates were substantively consolidated; and

Whereas, on April 23, 2015, the Liquidating Trustee filed his Second Amended Final Report and his Second Amended Final Account (Docket No. 2779); and

Whereas, the Liquidating Trustee has reported to this Court that the Plan has been substantially consummated; and

Whereas, FRBP 3022 provides for the entry of a Final Decree; it is therefore

~#4813-0397-2387~

ORDERED that the Second Amended Final Report and the Second Amended Final

Account of the Liquidating Trustee is hereby approved; and it is further

ORDERED, that the above-captioned case is closed.

So ordered this _____ day of _____, 2015.


May 8 2015                          /s/ Robert G. Mayer
                                    _____
                                    Robert G. Mayer
                                    United States Bankruptcy Judge

                                    Entered on Docket: May 8, 2015
PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 712-2800


By:      /s/ Dylan G. Trache
         H. Jason Gold, Va. Bar No. 19117
         Dylan G. Trache, Va. Bar No. 45939

Counsel to the Liquidating Trustee



SEEN AND AGREED:

GREENBERG TRAURIG, LLP
1750 Tysons Blvd., Suite 1000
McLean, Virginia 22102
(703) 749-1300


By:      /s/ Lawrence E. Rifken (by DGT with authority)
         Lawrence E. Rifken, Esq.

Counsel to the Monitoring Committee

2

SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
115 South Union Street, Suite 210
Alexandria, Virginia  22314


By:     /s/ Bradley D. Jones (by DGT with authority)
        Bradley D. Jones



CERTIFICATE PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that the foregoing order has been endorsed by all necessary parties.


        /s/ Dylan G. Trache
        Dylan G. Trache

~#4813-0397-2387~

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold (via CM/ECF)
Dylan G. Trache (via CM/ECF)
Lawrence E. Rifken (via CM/ECF)

Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314

Vijay K Taneja
c/o Deepti Taneja
5444 Ashleigh Road
Fairfax, VA 22030

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3143

Bruce W. Henry
Henry & O'Donnell, P.C.
300 N. Washington Street, Suite 204
Alexandria, VA 22314

~#4813-0397-2387~